**Courtland LINDSAY, Plaintiff–Appellant**

v.

**The CITY OF TYLER, Defendant–Appellee.**

**No. 14–40934**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

March 4, 2015.

Revised March 10, 2015.

Courtland Lindsay, Tyler, TX, pro se.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Courtland Lindsay filed a *pro se* suit against Defendant–Appellee the City of Tyler on July 24, 2014. The suit was dismissed on August 28, 2014 pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Because Lindsay has wholly failed, both below and on appeal, to assert any comprehensible or legally cognizable claims, this appeal is dismissed as frivolous and entirely without merit.[1] *See* 5th Cir. R. 42.2.

1. All pending motions are thereby rendered moot.